

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00115-CV

| | | |
|---|---|---|
| WILBERT CLEWIS, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2018-009345-1) |
| V. | § | August 19, 2021 |
| VALENCIA APARTMENTS D/B/A MEDERA RESIDENTIAL, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We delete the inaccurate portions of the trial court's judgment referring to Appellee Valencia Apartments d/b/a Medera Residential's plea to the jurisdiction and affirm the dismissal judgment as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker